# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JOSEPH CONCHECK,**

    **Plaintiff,**

v.

**MARCUS BARCROFT, et al.,**

    **Defendants.**

Case No. 2:10-cv-656
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Terence P. Kemp**

## ORDER

This matter if before the Court on Defendant Marcus Barcroft's motion requesting permission to participate by telephone in the Contempt Hearing scheduled for February 21, 2012 at 10:00 a.m. (Doc. 90), which is hereby **GRANTED**. Mr. Barcroft is **ORDERED** to immediately provide the Court with the telephone number he wants to utilize for the Hearing. The Court will call that number at 9:55 a.m. on February 21, 2012.

    **IT IS SO ORDERED.**

2-14-2012
**DATE**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**