UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOSEPH CONCHECK,

    Plaintiff,

v.

MARCUS BARCROFT, et al.,

    Defendants.

Case No. 2:10-cv-656
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

This matter is scheduled for a contempt hearing on April 19, 2012, which is hereby **VACATED**. In lieu of the hearing, Plaintiff will serve Defendant Robert Marsh with a request for verified financial information. Mr. Marsh will be given ten (10) days to provide the information to Plaintiff. If Mr. Marsh fails to provide the information, the Court will reschedule the contempt hearing forthwith.

**IT IS SO ORDERED.**

4-17-2012
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE