UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOSEPH CONCHECK,

    Plaintiff,

v.

MARCUS BARCROFT, et al.,

    Defendants.

Case No. 2:10-cv-656
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

This matter is scheduled for a final pretrial conference on July 26, 2012, and trial on August 6, 2012. The final pretrial conference and the trial are hereby **VACATED**. The final pretrial conference is **RESCHEDULED** for Tuesday, **August 24, 2012, at 10:00 a.m.** If any defendant fails to appear, the Court will consider granting default judgment in favor of plaintiff.

The Clerk is **DIRECTED** to mail this Order to each defendant in this case via certified mail, return receipt requested. The Court shall also send this Order via email to each defendant.

**IT IS SO ORDERED.**

July 24, 2012
DATE

/s/ *Edmund A. Sargus, Jr.*
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE