UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOSEPH CONCHECK,

        Plaintiff,        CASE NO. 2:10-CV-656
                              JUDGE EDMUND A. SARGUS, JR.
v.                            MAGISTRATE JUDGE TERENCE P. KEMP

MARCUS BARCROFT, et al.,

        Defendants.

### *NUNC PRO TUNC* ORDER

On July 24, 2012, this Court issued an Order that contained a scrivener's error. (Doc. No. 108.) The references to the day the final pretrial conference is scheduled should have read "Friday" instead of Tuesday.

**IT IS SO ORDERED.**

_7-25-2012_
**DATE**

                                            EDMUND A. SARGUS, JR.
                                            UNITED STATES DISTRICT JUDGE