UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOSEPH CONCHECK,

    Plaintiff,

v.

MARCUS BARCROFT, et al.,

    Defendants.

Case No. 2:10-cv-656
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

This Order memorializes the Final Pretrial Conference Held in this Case August 24, 2012. Counsel for Plaintiff appeared and Defendant Marcus Barcroft participated by telephone. As a result of that conference the Court schedules the following:

1. Plaintiff shall respond to Barcroft's motion for summary judgment within twenty (20) days of the date of this Order. No reply brief shall be permitted. As a result of this Order, Plaintiff's Motion to Strike (Doc. No. 104) is denied as moot.

2. The bench trial is scheduled for October 15, 2012, at 9 a.m. Barcroft shall participate in the trial via video conferencing from the Ronald Reagan Federal Building & Courthouse (Orange County), 411 West Fourth Street, Santa Ana, California 92701, which this Court will arrange.

**IT IS SO ORDERED.**

_8-24-2012_
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE