UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOSEPH CONCHECK,

    Plaintiff,

v.

MARCUS BARCROFT, et al.,

    Defendants.

Case No. 2:10-cv-656
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

This matter is before the Court on Plaintiff's Motion to Dismiss Defendant Marcus Barcroft (Doc. No. 126), which is hereby **GRANTED**.

**IT IS SO ORDERED.**

6-27-2013
**DATE**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE